UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PATRICK GEORGE
    Plaintiff,
  -against-
City of New York, et, al
    Defendants,

---

Plaintiff Patrick George, being duly sworn and under all penalties of perjury states the following happen off the record:

I CAME TO Court to pick up my summons and complaint as I filed a U.S.C. 1983 Complaint with filing fee Money Order made out to the Clerk of the Eastern District Court in the amou8nt of $450.00.

The Clerk told me that Judge Cogan instructed them not to issue any summons. He showed me no Court Order of this instructions but did show me a docket number 15-mc-2396 and we are in 2017. As by jurisdiction I have 120 days to serve my complaint upon defendants I told him I will download the summons and serve the defendants myself attaching his copies so defendants will know that the complaint was infact filed and given a docket number by the Court.

If any docket number changes defendants will be updated Pacer the same time I am.

On the 23rd of July I under FRCP 4(b), I filed with the Court a completed Summons alerting them I will be in Court today July 25th, 2017 and upon arriving I was again told they are not giving me any Summons sign\stamped by the Court Clerk per Judge Brian Cogan instructions.

So again, I am serving with a unstamped\unsigned summons by no fault of my own. But this contained herein is enough to alert you this is a real complaint filed and paid for in the Brooklyn, Eastern District Court and when the Summons is signed I will just file it with the Court and any changes if any in the summons will be updated in Pacer and to everyone else.

I declare under all penalties of perjury that all contained herein is true and known to me by my own

1st hand knowledge

Dated: June 25th, 2017

                                          Patrick George Pro Se
                                          1426 E 98th Street

                                          Brooklyn, NY 11236