AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Patrick George
_____
Plaintiff(s)

v.                                    Civil Action No. 15-mc-2396

City of New York et, AL
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Judge Brian Cogan Brooklyn Eastern District
C/O: US Attorney Bridgette M. Rolde
271 Cadman Plaza E
Bklyn, ny 11201

*FILED* 2017 JUL 31 AM 11:44 CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. AFTER HOURS DROP BOX

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick George, Pro Se
1426 E 98th St
Bklyn ny 11236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

USAO 07/25/17 AM 11:55: Rosa M Martins Docket io. 1

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 7/25/2017
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-mc-2396

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Judge Brian Cogan**
was received by me on *(date)* **07/21/2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Fed Night Box 225 Cadman Plz E Bklyn NY 11201**, a person of suitable age and discretion who resides there, on *(date)* **July 31 2017**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **US Attorney**, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/31/17**

_____
Server's signature

**Charles George**
Printed name and title

**1426 E 98th St, Bklyn NY 11236**
Server's address

Additional information regarding attempted service, etc:

Also served the U.S. Attorney
271 Cadman Plz E (a)
&
AG
120 Broadway
New York, NY

*FILED*
2017 JUL 31 AM 11:44
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX